```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 19-05259-HWV
Stubert Martin Turpie, Jr.                                          Chapter 13
Marjorie Lee Turpie
       Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke         Page 1 of 2         Date Rcvd: Jun 15, 2020
                             Form ID: ntcnfhrg       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
```
db/jdb       +Stubert Martin Turpie, Jr.,  Marjorie Lee Turpie,   586 Fort Loudon Road,
              Mercersburg, PA 17236-8617
5280396      +FNB Omaha,   1620 Dodge St,   Omaha, NE 68197-0003
5315463      +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6051
5315464      +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6077,   MidFirst Bank,   Bankruptcy Department 73118-6051
5283092      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
5291099      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,   Dallas, TX 75261-9096
5280400       Nationstar Mortgage Mr. Cooper,   PO Box 199111,   Dallas, TX 75235
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:47:33
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5280392       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:05     Capital One,
              P O Box 85167,   Richmond, VA 23285-5167
5285197       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:05
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
5298752      +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 15 2020 19:43:41     CashNetUSA,
              175 W Jackson Blvd Suite 1000,   Chicago, IL 60604-2863
5280393      +E-mail/Text: maria@gotoafs.com Jun 15 2020 19:44:19     Cashnet Financial,
              C/O Accelerated Financial Solution,   39 Monette Pkwy,   Smithfield, VA 23430-2577
5280394       E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover,   P O Box 15316,
              Wilmington, DE 19850
5282703       E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5280395      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 15 2020 19:44:20     Fingerhut Direct,
              6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
5280397      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 15 2020 19:44:26     Indigo Mastercard,
              PO Box 4499,   Beaverton, OR 97076-4499
5297644       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2020 19:44:09     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
5280398      +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Jun 15 2020 19:44:08
              Logix Federal Credit Union,   2340 Hollywood Way,   Burbank, CA 91505-1124
5290204      +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Jun 15 2020 19:44:08
              Logix Federal Credit Union,   P.O. Box 6759,   Burbank, CA 91510-6759
5280813      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:27     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5299361       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2020 19:59:59     Verizon,
              by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
5280401      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2020 19:44:05     West Penn Power,
              P O Box 16001,   Reading, PA 19612-6001
5290399      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2020 19:44:04     West Penn Power,
              5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5280399       Mecury Card FB & T
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
Janet M. Spears    on behalf of Creditor    MidFirst Bank bkecfinbox@aldridgepite.com,
 JSpears@ecf.courtdrive.com
Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
Michael John Csonka    on behalf of Debtor 1 Stubert Martin Turpie, Jr. office@csonkalaw.com,
 kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
Michael John Csonka    on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com,
 kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```
                                                                              TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stubert Martin Turpie Jr.,

**Debtor 1**

Marjorie Lee Turpie,

**Debtor 2**

Chapter 13

Case No.   1:19−bk−05259−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 22, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101−1737  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2020 |

ntcnfhrg (03/18)