```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-05259-HWV
Stubert Martin Turpie, Jr.                                                Chapter 13
Marjorie Lee Turpie
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: Jun 15, 2020
                               Form ID: pdf002              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db/jdb         +Stubert Martin Turpie, Jr.,    Marjorie Lee Turpie,    586 Fort Loudon Road,
                 Mercersburg, PA 17236-8617
5280396        +FNB Omaha,    1620 Dodge St,   Omaha, NE 68197-0003
5315463        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
5315464        +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
5283092        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5291099        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
5280400         Nationstar Mortgage Mr. Cooper,    PO Box 199111,    Dallas, TX 75235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:59:08
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5280392         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:44     Capital One,
                 P O Box 85167,    Richmond, VA 23285-5167
5285197         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:07
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5298752        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jun 15 2020 19:43:41      CashNetUSA,
                 175 W Jackson Blvd Suite 1000,    Chicago, IL 60604-2863
5280393        +E-mail/Text: maria@gotoafs.com Jun 15 2020 19:44:19      Cashnet Financial,
                 C/O Accelerated Financial Solution,    39 Monette Pkwy,    Smithfield, VA 23430-2577
5280394         E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover,   P O Box 15316,
                 Wilmington, DE 19850
5282703         E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5280395        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 15 2020 19:44:20      Fingerhut Direct,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
5280397        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 15 2020 19:44:26      Indigo Mastercard,
                 PO Box 4499,    Beaverton, OR 97076-4499
5297644         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2020 19:44:12     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5280398        +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Jun 15 2020 19:44:08
                 Logix Federal Credit Union,    2340 Hollywood Way,    Burbank, CA 91505-1124
5290204        +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Jun 15 2020 19:44:08
                 Logix Federal Credit Union,    P.O. Box 6759,    Burbank, CA 91510-6759
5280813        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:29     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5299361         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2020 19:59:33     Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
5280401        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2020 19:44:05      West Penn Power,
                 P O Box 16001,    Reading, PA 19612-6001
5290399        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2020 19:44:05      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5280399         Mecury Card FB & T
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Janet M. Spears   on behalf of Creditor   MidFirst Bank bkecfinbox@aldridgepite.com,
         JSpears@ecf.courtdrive.com
        Kevin S Frankel   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com
        Michael John Csonka   on behalf of Debtor 1 Stubert Martin Turpie, Jr. office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        Michael John Csonka   on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com,
         kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 6

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Stubert Martin Turpie, Jr.**
**Marjorie Lee Turpie**

CHAPTER 13
CASE NO. **19-05259**

■ ORIGINAL PLAN
____ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

      **A.      Plan Payments From Future Income**

      1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**152,278.20**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 439.97 | 2,098.00 | 2,537.97 | 152,278.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $152,278.20 |

      2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:19-bk-05259-HWV    Doc 18    Filed 01/20/20    Entered 01/20/20 23:30:54    Desc
Main Document      Page 1 of 5
Case 1:19-bk-05259-HWV    Doc 30    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 3 of 7

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

■ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| **Nationstar Mortgage Mr. Cooper** | **PO Box 199111; Dallas, TX 75235** | ?? | $2,098.00 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

Case 1:19-bk-05259-HWV    Doc 18    Filed 01/20/20    Entered 01/20/20 23:30:54    Desc
Main Document    Page 2 of 5
Case 1:19-bk-05259-HWV    Doc 30    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 4 of 7

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Nationstar Mortgage Mr. Cooper | 586 Fort Loudon Road Mercersburg, PA 17236 Franklin County This property is owned jointly by the debtors; having been acquired by deed in ?. Value of the property is determined by ?. | $12,588.00 | $0.00 | $12,588.00 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☐ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

■ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| Nationstar Mortgage Mr. Cooper | 586 Fort Loudon Road Mercersburg, PA 17236 Franklin County This property is owned jointly by the debtors; having been acquired by deed in ?. Value of the property is determined by ?. | $261,820.00 | 0% | $125,880.00 |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:19-bk-05259-HWV   Doc 18   Filed 01/20/20   Entered 01/20/20 23:30:54   Desc
Main Document     Page 3 of 5
Case 1:19-bk-05259-HWV   Doc 30   Filed 06/17/20   Entered 06/18/20 00:33:06   Desc
Imaged Certificate of Notice     Page 5 of 7

  A. **Administrative Claims**

    1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2. <u>Attorney's fees.</u> Complete only one of the following options:

     a. In addition to the retainer of $ **850.00** already paid by the Debtor, the amount of $ **3,150.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

     b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
     *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

  B. **Priority Claims (including, certain Domestic Support Obligations)**

■ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

  C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.** **UNSECURED CLAIMS**

  A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
   *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

  B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.** **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☐ entry of discharge.
☐ closing of case.

**7.** **DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 1:19-bk-05259-HWV Doc 18 Filed 01/20/20 Entered 01/20/20 23:30:54 Desc
Main Document Page 4 of 5
Case 1:19-bk-05259-HWV Doc 30 Filed 06/17/20 Entered 06/18/20 00:33:06 Desc
Imaged Certificate of Notice Page 6 of 7

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: **January 20, 2020**

**/s/ Michael J. Csonka**
**Michael J. Csonka 91232**
Attorney for Debtor

**/s/ Stubert Martin Turpie, Jr.**
**Stubert Martin Turpie, Jr.**
Debtor

**/s/ Marjorie Lee Turpie**
**Marjorie Lee Turpie**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 1:19-bk-05259-HWV    Doc 18    Filed 01/20/20    Entered 01/20/20 23:30:54    Desc
Main Document      Page 5 of 5
Case 1:19-bk-05259-HWV    Doc 30    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 7 of 7