# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Stubert Martin Turpie, Jr.**
**Marjorie Lee Turpie**
Debtor(s)

Case No. **19-05259**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2020**, a copy of Debtor's First Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed on the attached mailing matrix.

**/s/ Michael J. Csonka**
**Michael J. Csonka 91232**
**Csonka Law**
**166 South Main Street**
**Chambersburg, PA 17201**
**717-977-3171 Fax:717491-1639**
**office@csonkalaw.com**