| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:19-bk-05259-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Jul 21 14:18:51 EDT 2020 | Capital One<br>P O Box 85167<br>Richmond, VA 23285-5167 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| CashNetUSA<br>175 W Jackson Blvd Suite 1000<br>Chicago, IL 60604-2863 | Cashnet Financial<br>C/O Accelerated Financial Solution<br>39 Monette Pkwy<br>Smithfield, VA 23430-2577 | Michael John Csonka<br>Csonka Law<br>166 South Main Street<br>Kerrstown Square<br>Chambersburg, PA 17201-2532 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| FNB Omaha<br>1620 Dodge St<br>Omaha, NE 68197-0003 | Fingerhut Direct<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Kevin S Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King Of Prussia, PA 19406-4702 |
| Indigo Mastercard<br>PO Box 4499<br>Beaverton, OR 97076-4499 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Logix Federal Credit Union<br>2340 Hollywood Way<br>Burbank, CA 91505-1124 |
| Logix Federal Credit Union<br>P.O. Box 6759<br>Burbank, CA 91510-6759 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6077<br>MidFirst Bank<br>Bankruptcy Department  73118-6051 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | Nationstar Mortgage Mr. Cooper<br>PO Box 199111<br>Dallas, TX 75235 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Janet M. Spears<br>Aldridge Pite, LLP<br>4375 Jutland Drive<br>San Diego, CA 92117-3600 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Marjorie Lee Turpie<br>586 Fort Loudon Road<br>Mercersburg, PA 17236-8617 | Stubert Martin Turpie Jr.<br>586 Fort Loudon Road<br>Mercersburg, PA 17236-8617 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |

| | |
|---|---|
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P O Box 16001<br>Reading, PA 19612-6001 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover<br>P O Box 15316<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mecury Card FB & T | (u)MidFirst Bank | (u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34