Certificate Number: 00437-PAM-DE-034867333

Bankruptcy Case Number: 19-05259


00437-PAM-DE-034867333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2020, at 6:34 o'clock PM MDT, Stubert Turpie completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 10, 2020

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor