Certificate Number: 00437-PAM-DE-034867334

Bankruptcy Case Number: 19-05259


00437-PAM-DE-034867334

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 10, 2020</u>, at <u>6:34</u> o'clock <u>PM MDT</u>, <u>Marjorie Turpie</u> completed a course on personal financial management given <u>by internet</u> by <u>Black Hills Children's Ranch, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 10, 2020</u>     By:   <u>/s/Kimberly Jackson</u>

Name:   <u>Kimberly Jackson</u>

Title:   <u>Accredited Financial Counselor</u>