## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marjorie Lee Turpie<br>Stubert Martin Turpie Jr.<br><u>Debtor(s)</u> | CHAPTER 13 |
| MIDFIRST BANK<br><u>Moving Party</u><br>vs.<br>Marjorie Lee Turpie<br>Stubert Martin Turpie Jr.<br><u>Debtor(s)</u><br>Charles J. DeHart, III Esq.<br><u>Trustee</u> | NO. 19-05259 HWV<br><br>11 U.S.C. Section 362 |

### CERTIFICATE OF CONCURRENCE

Both the Attorney for Debtors and the Attorney for Movant have concurred with the Request to Continue Hearing/Trial.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant/Applicant