IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marjorie Lee Turpie<br>Stubert Martin Turpie Jr.<br>                              Debtor(s) | BK NO. 19-05259 HWV<br><br>Chapter 13 |
| **MIDFIRST BANK**<br>                              Movant<br>    vs.<br><br>**Marjorie Lee Turpie**<br>**Stubert Martin Turpie Jr.**<br>                              Debtor(s)<br><br>**Charles J. DeHart, III Esq.**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## CONTINUANCE REQUEST

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 8, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Marjorie Lee Turpie
586 Fort Loudon Road
Mercersburg, PA 17236

Stubert Martin Turpie Jr.
586 Fort Loudon Road
Mercersburg, PA 17236

Attorney for Debtor(s)
Michael John Csonka, 166 South Main Street
Kerrstown Square
Chambersburg, PA 17201

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: January 8, 2021

                                                        **/s/Rebecca A. Solarz, Esquire**
                                                        Rebecca A. Solarz, Esquire
                                                        Phone: (215) 825-6327
                                                        Email: rsolarz@kmllawgroup.com