United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Stubert Martin Turpie, Jr.  
Marjorie Lee Turpie  
    Debtors

Case No. 19-05259-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Aug 12, 2021     Form ID: ordsmiss     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stubert Martin Turpie, Jr., Marjorie Lee Turpie, 586 Fort Loudon Road, Mercersburg, PA 17236-8617 |
| 5280396 | + | FNB Omaha, 1620 Dodge St, Omaha, NE 68197-0003 |
| 5283092 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5291099 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5280400 | | Nationstar Mortgage Mr. Cooper, PO Box 199111, Dallas, TX 75235 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 12 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5280392 | | EDI: CAPITALONE.COM | Aug 12 2021 22:48:00 | Capital One, P O Box 85167, Richmond, VA 23285-5167 |
| 5285197 | | EDI: CAPITALONE.COM | Aug 12 2021 22:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5298752 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 12 2021 18:40:00 | CashNetUSA, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604-2863 |
| 5280393 | + | Email/Text: maria@gotoafs.com | Aug 12 2021 18:40:00 | Cashnet Financial, C/O Accelerated Financial Solution, 39 Monette Pkwy, Smithfield, VA 23430-2577 |
| 5280394 | | EDI: DISCOVER.COM | Aug 12 2021 22:48:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5282703 | | EDI: DISCOVER.COM | Aug 12 2021 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5280395 | + | EDI: BLUESTEM | Aug 12 2021 22:43:00 | Fingerhut Direct, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5280397 | + | EDI: PHINGENESIS | Aug 12 2021 22:48:00 | Indigo Mastercard, PO Box 4499, Beaverton, OR 97076-4499 |
| 5297644 | | EDI: JEFFERSONCAP.COM | Aug 12 2021 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5280398 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 12 2021 18:40:00 | Logix Federal Credit Union, 2340 Hollywood Way, Burbank, CA 91505-1124 |
| 5290204 | + | Email/Text: bankruptcyonlinefilings@logixbanking.com | Aug 12 2021 18:40:00 | Logix Federal Credit Union, P.O. Box 6759, Burbank, CA 91510-6759 |
| 5315464 | + | EDI: AISMIDFIRST | Aug 12 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5315463 | + | EDI: AISMIDFIRST | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 12 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5280813 | + | EDI: RMSC.COM | | |
| | | | Aug 12 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299361 | | EDI: AIS.COM | | |
| | | | Aug 12 2021 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5280401 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Aug 12 2021 18:40:00 | West Penn Power, P O Box 16001, Reading, PA 19612-6001 |
| 5290399 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Aug 12 2021 18:40:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5280399 | | Mecury Card FB & T |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pa-bk@logs.com |
| Michael John Csonka | on behalf of Debtor 1 Stubert Martin Turpie Jr. office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Michael John Csonka | on behalf of Debtor 2 Marjorie Lee Turpie office@csonkalaw.com kwhitsel@csonkalaw.com;r48114@notify.bestcase.com;mcsonka@alifeafterdebt.com;kwhitsel@alifeafterdebt.com |
| Rebecca Ann Solarz | |

on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stubert Martin Turpie Jr., **Debtor 1** | Chapter 13 |
| Marjorie Lee Turpie, **Debtor 2** | Case No. 1:19−bk−05259−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 12, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DeborahGeorge, Deputy Clerk

ordsmiss (05/18)